The judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

In re ELLISON. (Supreme Court, Appellate Division, First Department. October 13, 1899.) In the matter of John E. Ellison. No opinion. Motion granted, with $10 costs.

ELLISON, Appellant, v. ASH et al., Respondents. (Supreme Court, Appellate Term. October 4, 1899.) Action by Luke H. Ellison against Robert E. Ash and others. From a judgment for the defendants, plaintiff appeals. Affirmed. William B. Flansburgh, for appellant. Edward H. Harrison, for respondents.

PER CURIAM. Judgment affirmed, with costs to the respondents.

ELLISON, Appellant, v. JACOBS et al., Respondents. (Supreme Court, Appellate Term. October 4, 1899.) Action by Luke H. Ellison against George P. Jacobs and Enoch Jacobs. There was a judgment for defendants, and plaintiff appeals. Affirmed. William B. Flansburgh, for appellant. Edward H. Harrison, for respondents.

PER CURIAM. Judgment affirmed, with costs to the respondents.

FAUROT v. SIMON. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Benjamin C. Faurot against Kaufman Simon. No opinion. Motion granted, with $10 costs.

FAVRET, Appellant, v. DORR, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Theodore Favret against William G. Dorr. No opinion. Order affirmed, with $10 costs and disbursements. McLENNAN, J., not voting.

FAY, Appellant, v. HAUERWAS, Respondent. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by Edward F. Fay against Anton Hauerwas. No opinion. Order affirmed, with $10 costs and disbursements. See 57 N. Y. Supp. 155.

FENDRICH, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Peter Fendrich against the Manhattan Railway Company. W. H. Godden, for appellant. A. B. Cruikshank, for respondent. No opinion. Judgment affirmed, with costs.

In re FIRST NAT. BANK. (Supreme Court, Appellate Division, First Department. October 20, 1899.) In the matter of the First National Bank of Brooklyn. I. L. Bamberger, for appellant. J. J. Sullivan for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 1042.

FISHER, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Eugene Fisher against the city of Mt. Vernon. No opinion. Motion for leave to appeal to the court of appeals denied. See 58 N. Y. Supp. 499.

FISHER v. SANCHEZ & HAYA CO. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by L. Harry Fisher against the Sanchez & Haya Company. No opinion. Exceptions overruled, and judgment unanimously directed for defendant, with costs, on dismissal of complaint at trial term, on authority of Martin v. Insurance Co., 148 N. Y. 117, 42 N. E. 416.

FLYNN, Respondent, v. CLAVIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by James P. Flynn against Elizabeth C. Clavin, impleaded, etc. No opinion. Order affirmed, without costs to either party.

FRASER, Respondent, v. NEW JERSEY STEEL & IRON CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Donald S. Fraser against the New Jersey Steel & Iron Company, impleaded, etc. D. B. Ogden, for appellants. S. R. Taylor, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer in 20 days, on payment of costs in this court and in the court below.

FREEMAN v. ROTHSCHILD. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Edward Freeman against Jacob Rothschild. No opinion. Motion granted, with $10 costs.

FREEMAN, Respondent, v. ROTHSCHILD, Respondent (GARDEN, Appellant). (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Edward Freeman against Jacob Rothschild. Hugh R. Garden appeals. J. R. Abney, for appellant. John Fiske, for respondent Rothschild. No opinion. Judgment affirmed, with costs.

FYFE et al. v. METROPOLITAN IMP. CO. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by John Fyfe and another against the Metropolitan Improvement Company. No opinion. Motion granted, with $10 costs.

In re GALL'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) In the matter of the estate of Joseph Gall, deceased. No opinion. Order resettled, so as to allow appellant $10 costs and disbursements of appeal. Motion to dismiss appeal from order of the 26th day of July, 1899, granted, without costs as against any party. See 59 N. Y. Supp. 254.

GALVIN, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Dennis Galvin against Bernard J. York and others. C. H. Hyde, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.